**ARGO DUTCH INDUSTRIES LIMITED, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Coalition for Fair Preserved Mushroom Trade, Defendant.**

No. 05–1288.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2006.

ORDER

The order of dismissal and the mandate dated 02/10/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.